THOMAS D. POWELL, Respondent, v. JOSEPH NORBAN et al., Appellants.— Judgment unanimously modified on the law and facts by reducing the amount thereof to the sum of $6,000 with interest and costs, and as so modified, judgment affirmed, with costs. Certain finding of fact disapproved and reversed and new finding made. Memorandum: The amount of the award by the Trial Justice exceeded the value of the services rendered by the amount of $2,500.

(Appeal from judgment of Erie Trial Term for plaintiff in an action in *quantum meruit* for legal services.)   Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.